IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02649-BNB

LAURA K. McCOMBS,

    Plaintiff,

v.

JON MARTINEZ,
18th JUDICIAL DISTRICT,
INTERSTATE TRANSFER DEPARTMENT,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 20 2011

GREGORY C. LANGHAM
CLERK

---

ORDER CONSTRUING ACTION AS A 28 U.S.C. § 2241 ACTION
AND DIRECTING MS. McCOMBS TO FILE CLAIMS
ON A § 2241 COURT-APPROVED FORM

---

    Laura K. McCombs is on probation in the Denver area. Ms. McCombs, acting *pro se*, initiated the instant action by filing a Complaint. The Court must construe the Complaint liberally because Ms. McCombs is a *pro se* litigant. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not act as a *pro se* litigant's advocate. *See Hall*, 935 F.2d at 1110. For the reasons stated below, Ms. McCombs will be ordered to file her claims on a Court-approved form used in filing 28 U.S.C. § 2241 actions.

    The Court has reviewed the Complaint. Ms. McCombs is seeking a transfer of her probation to the State of Texas. A challenge of the execution of a sentence is the purpose of a 28 U.S.C. § 2241 action. *See Montez v. McKinna*, 208 F.3d 862, 865 (10th Cir. 2000). Therefore, the sole federal remedy available to Ms. McCombs is a writ

of habeas corpus pursuant to § 2241, after she has exhausted state court remedies. *See Preiser v. Rodriguez*, 411 U.S. 475, 504 (1973). Accordingly, it is

ORDERED that **within thirty days from the date of this Order** Ms. McCombs file an action pursuant to 28 U.S.C. § 2241. It is

FURTHER ORDERED that because Ms. McCombs is homeless the Clerk of the Court is unable to send copies of the Court-approved form used in filing 28 U.S.C. § 2241 actions to Ms. McCombs. It is

FURTHER ORDERED that it is Ms. McCombs' responsibility to communicate with the Court to determine the status of her case and ascertain what she must do to prosecute her claims.

DATED October 20, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge