IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02649-BNB

LAURA K. McCOMBS,

    Plaintiff,

v.

JON MARTINEZ,
18th JUDICIAL DISTRICT, and
INTERSTATE TRANSFER DEPARTMENT,

    Defendants.

ORDER OF DISMISSAL

    Plaintiff, Laura McCombs, acting *pro se*, initiated this action by filing a Complaint. Magistrate Judge Boyd N. Boland reviewed the Complaint; determined Ms. McCombs' claims more properly were raised in a 28 U.S.C. § 2241 action; and entered an order on October 20, 2011, instructing her to file her claims on a Court-approved form used in filing § 2241 actions.

    At the time Ms. McCombs filed the instant action she was on probation in the Denver area and was homeless.  The Clerk of the Court was unable to send copies of the § 2241 forms to Ms. McCombs because she did not have an address where she could receive mail.

    In the October 20 Order, Magistrate Judge Boland instructed Ms. McCombs that she must communicate with the Court to determine the status of her case and ascertain what she must do to prosecute her claims.  Ms. McCombs has failed to communicate with the Court, and as a result she has failed to file her claims on a proper Court-

approved form.  Therefore, the action will be dismissed for failure to comply with Magistrate Judge Boland's Order of October 20, 2011.  Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to comply with the October 20, 2011 Order.

DATED at Denver, Colorado, this   30th   day of    November    , 2011.

BY THE COURT:


   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court